# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**JOLEEN YOUNGERS, as personal representative of the ESTATE OF JASMINE WILLIAMS; TONYA PETRIDES; and TONYA PETRIDES as next friend of M.R.,**

**Plaintiffs,**

vs.

**CORECIVIC, INC.; CORECIVIC, LLC; CORECIVIC OF TENNESSEE, LLC; ROBERT NILIUS; WILLIAM SNODGRASS; OFFICER DEHIYA; OFFICER V. BECENTI; OFFICER F. CHINO; OFFICER JOSHUA ARAGON; OFFICER L. KENNETH; OFFICER K. BROWN; OFFICER DAVID COLE; OFFICER CHAVEZ; OFFICER SARRACINO; OFFICER HAYES; OFFICER DAVID ROBERTS; LIEUTENANT JARAMILLO; J. DOES 1-15; NATALIE GRINE, in her individual and official capacity as Cibola County's records custodian; ANNA MARIE LOPEZ, in her individual and official capacity as Cibola County Sheriff's Office's records custodian; JACOB LEE, in his individual and official capacity as records custodian of the Cibola County, Cibola County Correctional Center, CoreCivic LLC, CoreCivic of Tennessee, LLC, CoreCivic, Inc.; and STRUCK LOVE BOJANOWSKI & ACEDO PLC,**

**Defendants.**

**No. 1:25-cv-00012-SCY-JFR**

## ORDER

THIS MATTER comes before the Court on Defendants CoreCivic, Inc., CoreCivic, LLC, CoreCivic of Tennessee, LLC ("CoreCivic"), Jacob Lee, and Struck Love Bojanowski & Acedo, PLC's ("SLBA Defendants") (collectively "Defendants") Unopposed Motion for Extension of Time to Respond to Plaintiffs' Complaint. The Court, having reviewed the Motion, and being otherwise fully informed in the premises, finds the Motion is well-taken and should be granted.

2

**IT IS THEREFORE ORDERED** that Defendants CoreCivic, Inc., CoreCivic, LLC, CoreCivic of Tennessee, LLC, Jacob Lee, and Struck Love Bojanowski & Acedo, PLC's Unopposed Motion for Extension of Time to Respond to Plaintiffs' Complaint is GRANTED.

**IT IS FURTHER ORDERED** that Defendants have up to and including January 20, 2025 to respond to Plaintiffs' Complaint.

**IT IS SO ORDERED.**

JOHN F. ROBBENHAAR
United States District Judge

2