# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**JOLEEN YOUNGERS, as personal representative of the ESTATE OF JASMINE WILLIAMS; TONYA PETRIDES; and TONYA PETRIDES as next friend of M.R.,**

          **Plaintiffs,**

**vs.**

**CORECIVIC, INC.; CORECIVIC, LLC; CORECIVIC OF TENNESSEE, LLC; ROBERT NILIUS; WILLIAM SNODGRASS; OFFICER DEHIYA; OFFICER V. BECENTI; OFFICER F. CHINO; OFFICER JOSHUA ARAGON; OFFICER L. KENNETH; OFFICER K. BROWN; OFFICER DAVID COLE; OFFICER CHAVEZ; OFFICER SARRACINO; OFFICER HAYES; OFFICER DAVID ROBERTS; LIEUTENANT JARAMILLO; J. DOES 1-15; NATALIE GRINE, in her individual and official capacity as Cibola County's records custodian; ANNA MARIE LOPEZ, in her individual and official capacity as Cibola County Sheriff's Office's records custodian; JACOB LEE, in his individual and official capacity as records custodian of the Cibola County, Cibola County Correctional Center, CoreCivic LLC, CoreCivic of Tennessee, LLC, CoreCivic, Inc.; and STRUCK LOVE BOJANOWSKI & ACEDO PLC,**

          **Defendants.**

**No. 1:25-cv-00012-SCY-JFR**

## ORDER

THIS MATTER comes before the Court on the parties' Joint Motion to Extend Deadline to Respond to Complaint. The Court, having reviewed the Motion, and being otherwise fully informed in the premises, finds the Motion is well-taken and should be granted.

**IT IS THEREFORE ORDERED** that the parties' Joint Motion to Extend Deadline to Respond to Complaint is GRANTED.

2

**IT IS FURTHER ORDERED** that CoreCivic and SLBA Defendants shall file a response to Plaintiffs' Complaint within 14 days of the Court's ruling on Plaintiffs' Motion to Remand.

**IT IS SO ORDERED.**

JOHN F. ROBBENHAAR
United States Magistrate Judge

2