IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**JOLEEN YOUNGERS, as personal representative of the ESTATE OF JASMINE WILLIAMS; TONYA PETRIDES; and TONYA PETRIDES as next friend of M.R.,**

     **Plaintiffs,**

vs.

**CORECIVIC, INC.; CORECIVIC, LLC; CORECIVIC OF TENNESSEE, LLC; ROBERT NILIUS; WILLIAM SNODGRASS; OFFICER DEHIYA; OFFICER V. BECENTI; OFFICER F. CHINO; OFFICER JOSHUA ARAGON; OFFICER L. KENNETH; OFFICER K. BROWN; OFFICER DAVID COLE; OFFICER CHAVEZ; OFFICER SARRACINO; OFFICER HAYES; OFFICER DAVID ROBERTS; LIEUTENANT JARAMILLO; J. DOES 1-15; NATALIE GRINE, in her individual and official capacity as Cibola County's records custodian; ANNA MARIE LOPEZ, in her individual and official capacity as Cibola County Sheriff's Office's records custodian; JACOB LEE, in his individual and official capacity as records custodian of the Cibola County, Cibola County Correctional Center, CoreCivic LLC, CoreCivic of Tennessee, LLC, CoreCivic, Inc.; and STRUCK LOVE BOJANOWSKI & ACEDO PLC,**

     **Defendants.**

No. 1:25-cv-00012-SCY-JFR

## NOTICE OF CONSENT TO AND JOINDER IN NOTICE OF REMOVAL

   Defendant Natalie Grine notifies the Court that she consents to and joins in the removal of this matter to federal court,[1] which was removed under 28 U.S.C. § 1442(a)(1).

---

[1] By consenting to and joining in the removal, Ms. Grine does not waive, but explicitly reserves, the right to challenge venue should this matter be remanded to state court.

Plaintiffs filed this lawsuit in the State of New Mexico, County of Santa Fe, First Judicial District, Case No. D-101-CV-2024-02751 on November 12, 2024. (Dkt. 1 at 2.) CoreCivic Defendants were served on November 26, 2024, and SLBA Defendants were served on December 2, 2024. (*Id.*) Plaintiffs served Defendant Grine on December 6, 2024. (*Id.*) CoreCivic Defendants and SLBA Defendants removed this matter pursuant to 28 U.S.C. § 1442(a)(1) on January 6, 2025. (*Id.* at 1, 6.)

Defendant Grine consents to and joins in the removal pursuant to 28 U.S.C. § 1446.

Dated: January 22, 2025

/s/ *Daniel P. Struck*
Daniel P. Struck, AZ Bar No. 012377
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, AZ 85226
Tel.: (480) 420-1600
Fax: (480) 420-1696
dstruck@strucklove.com

Deborah D. Wells
Debra J. Moulton
KENNEDY, MOULTON & WELLS, P.C.
2201 San Pedro NE, Bldg. 3, Suite 200
Albuquerque, New Mexico 87110
Tel.: (505) 884-7887
Fax: (505) 884-7123
ddwells@kmwpc.com
dmoulton@kmwpc.com

*Attorneys for Defendants CoreCivic, Inc, CoreCivic, LLC, CoreCivic of Tennessee, LLC, Jacob Lee, Struck Love Bojanowski & Acedo, PLC, and Natalie Grine*

## CERTIFICATE OF SERVICE

    I hereby certify that on January 22, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Laura Schauer Ives
Adam C. Flores
Alyssa Quijano
Henry A Jones
Andrew Pavlides
IVES & FLORES, PA
925 Luna Cir. NW
Albuquerque, NM 87102
laura@nmcivilrights.com
adam@nmcivilrights.com
alyssa.q@nmcivilrights.com
henry@nmcivilrights.com
andrew@nmcivilrights.com

*Attorneys for Plaintiffs*

                                    */s/ Kim Penny*