## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

JOLEEN YOUNGERS, as personal
Representative of the ESTATE OF
JASMINE WILLIAMS; TONYA
PETRIDES; and TONYA PETRIDES
As next friend of M.R.,

   Plaintiffs,

    vs.            Civ. No. 25-12  SCY/JFR

CORECIVIC, INC.; CORECIVIC, LLC;
CORECIVIC OF TENNESSEE, LLC;
NATALIA GRINE, in her individual and
official capacity as Cibola County Sheriff's
Office's records custodian; JACOB LEE,
in his individual and official capacity as
records custodian of the Cibola County,
Cibola County Correctional Center, CoreCivic
LLC, CoreCivic of Tennessee, LLC, CoreCivic,
Inc.; and STRUCK LOVE BOJANOWSKI &
ACEDO PLC,

   Defendants.

### ORDER FINDING GOOD CAUSE TO DELAY SCHEDULING ORDER

  **THIS MATTER** is before the Court *sua sponte*.  On February 4, 2025, Plaintiffs filed a

*Motion to Remand*.  Doc. 10.  Pursuant to Fed. R. Civ. P. 16(b)(2), the Court finds good cause to

delay entering a scheduling order pending a ruling on Defendants' motion.

  **IT IS SO ORDERED.**


_____

**JOHN F. ROBBENHAAR**
**United States Magistrate Judge**