IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| JOLEEN YOUNGERS, as personal representative of the ESTATE OF JASMINE WILLIAMS; TONYA PETRIDES; and TONYA PETRIDES as next friend of M.R., <br><br> Plaintiffs, <br><br> vs. <br><br> CORECIVIC, INC.; CORECIVIC, LLC; CORECIVIC OF TENNESSEE, LLC; ROBERT NILIUS; WILLIAM SNODGRASS; OFFICER DEHIYA; OFFICER V. BECENTI; OFFICER F. CHINO; OFFICER JOSHUA ARAGON; OFFICER L. KENNETH; OFFICER K. BROWN; OFFICER DAVID COLE; OFFICER CHAVEZ; OFFICER SARRACINO; OFFICER HAYES; OFFICER DAVID ROBERTS; LIEUTENANT JARAMILLO; J. DOES 1-15; NATALIE GRINE, in her individual and official capacity as Cibola County's records custodian; ANNA MARIE LOPEZ, in her individual and official capacity as Cibola County Sheriff's Office's records custodian; JACOB LEE, in his individual and official capacity as records custodian of the Cibola County, Cibola County Correctional Center, CoreCivic LLC, CoreCivic of Tennessee, LLC, CoreCivic, Inc.; and STRUCK LOVE BOJANOWSKI & ACEDO PLC, <br><br> Defendants. | No. 1:25-cv-00012-SCY-JFR |

## NOTICE OF AGREED EXTENSION OF DEADLINE TO RESPOND TO MOTION FOR REMAND

Pursuant to D.N.M. LR-Civ Rule 7.4(a), Defendants CoreCivic, Inc., CoreCivic, LLC, CoreCivic of Tennessee, LLC (collectively, "CoreCivic"); and Defendants Jacob Lee and Struck Love Bojanowski & Acedo, PLC ("SLBA") (collectively, "SLBA Defendants") (all together, "Removing Defendants"), file the instant Notice of Agreed Extension of Deadline to Respond to

Motion for Remand. Removing Defendants' Response is currently due on or before February 18, 2025. The parties have agreed that Removing Defendants may have up to and including February 20, 2025 to file their Response to Plaintiffs' Motion to Remand (Dkt. 10).

Dated:  February 18, 2025

*/s/ Daniel P. Struck*
Daniel P. Struck, AZ Bar No. 012377
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, AZ 85226
Tel.: (480) 420-1600
Fax: (480) 420-1696
dstruck@strucklove.com

Deborah D. Wells
Debra J. Moulton
KENNEDY, MOULTON & WELLS, P.C.
2201 San Pedro NE, Bldg. 3, Suite 200
Albuquerque, New Mexico 87110
Tel.: (505) 884-7887
Fax: (505) 884-7123
ddwells@kmwpc.com
dmoulton@kmwpc.com

*Attorneys for Defendants CoreCivic, Inc, CoreCivic, LLC, CoreCivic of Tennessee, LLC, Jacob Lee, and Struck Love Bojanowski & Acedo, PLC*

## CERTIFICATE OF SERVICE

I hereby certify that on February 18, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Laura Schauer Ives
Adam C. Flores
Alyssa Quijano
Henry A Jones
Andrew Pavlides
IVES & FLORES, PA
925 Luna Cir. NW
Albuquerque, NM 87102
laura@nmcivilrights.com
adam@nmcivilrights.com
alyssa.q@nmcivilrights.com
henry@nmcivilrights.com
andrew@nmcivilrights.com

*Attorneys for Plaintiffs*

                                                */s/ Kim Penny*