# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

**JOLEEN YOUNGERS, as personal
representative of the ESTATE OF JASMINE
WILLIAMS; TONYA PETRIDES; and
TONYA PETRIDES as next friend of M.R.,**

      **Plaintiffs,**

**vs.**                                    **1:25-cv-00012-SMD-JFR**

**CORECIVIC, INC.; CORECIVIC, LLC; CORECIVIC OF
TENNESSEE, LLC; NATALIE GRINE, in her individual
and official capacity as Cibola County's records custodian;
ANNA MARIE LOPEZ, in her individual and official
capacity as Cibola County Sheriff's Office's records
custodian; JACOB LEE, in his individual and official
capacity as records custodian of the Cibola County, Cibola
County Correctional Center, CoreCivic LLC, CoreCivic of
Tennessee, LLC, CoreCivic, Inc.; and STRUCK LOVE
BOJANOWSKI & ACEDO PLC,**

      **Defendants.**

## <u>ORDER</u>

THIS MATTER comes before the Court on Plaintiffs' Unopposed Motion for Order Extending D.N.M. LR-Civ. 26.6 Deadline, filed March 7, 2025 (Doc. 19). Because the parties continue to confer over objections to Plaintiffs' discovery requests and the request for an extension is unopposed, the Court finds good cause to extend the deadline in D.N.M. LR-Civ. 26.6.

**IT IS THEREFORE ORDERED** that Plaintiffs' Rule 26.6 deadline regarding objections served on February 14, 2025, is extended to March 28, 2025.

**IT IS FURTHER ORDERED** that counsel, prior to filing a motion to compel, must review Judge Robbenhaar's Procedures for Civil Discovery Disputes.  Those procedures are located on his webpage at the Court's website.

JOHN F. ROBBENHAAR
United States Magistrate Judge