## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

JOLEEN YOUNGERS, as personal
representative of the ESTATE OF
JASMINE WILLIAMS; TONYA
PETRIDES; and TONYA PETRIDES as
next friend of M.R.,

     Plaintiffs,

vs.                                                                   1:25-cv-00012-SMD-JFR

CORECIVIC, INC.; CORECIVIC, LLC; CORECIVIC
OF TENNESSEE, LLC; NATALIE GRINE, in her
individual and official capacity as Cibola County's
records custodian; ANNA MARIE LOPEZ, in her
individual and official capacity as Cibola County Sheriff's
Office's records custodian; JACOB LEE, in his individual
and official capacity as records custodian of the Cibola
County, Cibola County Correctional Center, CoreCivic
LLC, CoreCivic of Tennessee, LLC, CoreCivic, Inc.; and
STRUCK LOVE BOJANOWSKI & ACEDO PLC,

     Defendants.

### ORDER

THIS MATTER comes before the Court on Plaintiffs' Second Unopposed Motion for Order

Extending D.N.M. LR-Civ. 26.6 Deadline, filed March 26, 2025 (Doc. 21). Because the parties

continue to confer over objections to Plaintiffs' discovery requests and the request for an extension is

unopposed, the Court finds good cause to extend the deadline in D.N.M. LR-Civ. 26.6.

**IT IS THEREFORE ORDERED** that Plaintiffs' Rule 26.6 deadline regarding objections

served on February 14, 2025, is extended to April 28, 2025.

_____

JOHN F. ROBBENHAAR
United States Magistrate Judge

Submitted by:

**IVES & FLORES, PA**
*/s/ Henry A. Jones*
Henry A. Jones
Laura Schauer Ives
Adam C. Flores
Alyssa Quijano
925 Luna Cir. NW
Albuquerque, NM  87102
(505) 364-3858
henry@nmcivilrights.com
laura@nmcivilrights.com
adam@nmcivilrights.com
alyssa.q@nmcivilrights.com

*Attorneys for Plaintiffs*

Approved by:

**STRUCK LOVE BOJANOWSKI & ACEDO, PLC**
*/s/ Approved via email 3-24-25*
Daniel P. Struck
3100 West Ray Road, Suite 300
Chandler, AZ 85226

*Attorneys for Defendants CoreCivic, Inc,*
*CoreCivic, LLC, CoreCivic of Tennessee, LLC,*
*Struck Love Bojanowski & Acedo, PLC, Jacob*
*Lee, and Natalie Grine*

**NEW MEXICO ASSOCIATION OF COUNTIES**
*/s/ Approved via email 3-25-25*
Brandon Huss
David Roman
Bree Barnett
601 Rio Grande Blvd. NW
Albuquerque, NM 87104
bhuss@nmcounties.org
bbarnett@nmcounties.org
droman@nmcounties.org

*Attorneys for Defendant Anna Marie Lopez*