# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| **JOLEEN YOUNGERS**, as personal representative of the **ESTATE OF JASMINE WILLIAMS**; **TONYA PETRIDES**; and **TONYA PETRIDES** as next friend of **M.R.**, <br><br>**Plaintiffs,**<br><br>vs.<br><br>**CORECIVIC, INC.; CORECIVIC, LLC; CORECIVIC OF TENNESSEE, LLC; ROBERT NILIUS; WILLIAM SNODGRASS; OFFICER DEHIYA; OFFICER V. BECENTI; OFFICER F. CHINO; OFFICER JOSHUA ARAGON; OFFICER L. KENNETH; OFFICER K. BROWN; OFFICER DAVID COLE; OFFICER CHAVEZ; OFFICER SARRACINO; OFFICER HAYES; OFFICER DAVID ROBERTS; LIEUTENANT JARAMILLO; J. DOES 1-15; NATALIE GRINE**, in her individual and official capacity as Cibola County's records custodian; **ANNA MARIE LOPEZ**, in her individual and official capacity as Cibola County Sheriff's Office's records custodian; **JACOB LEE**, in his individual and official capacity as records custodian of the Cibola County, Cibola County Correctional Center, CoreCivic LLC, CoreCivic of Tennessee, LLC, CoreCivic, Inc.; and **STRUCK LOVE BOJANOWSKI & ACEDO PLC**,<br><br>**Defendants.** | No. 1:25-cv-00012-SMD-JFR |

## DEFENDANTS' NOTICE OF CHANGE OF NAME AND ATTORNEY CONTACT INFORMATION

Counsel for Defendants CoreCivic, Inc., CoreCivic, LLC, CoreCivic of Tennessee, LLC, Jacob Lee, Struck Love Bojanowski & Acedo PLC, and Natalie Grine give notice that the law firm of Struck Love Bojanowski & Acedo, PLC has changed its name. The firm name is now **Struck**

**Love Acedo, PLC**. The contact information for attorney Daniel P. Struck has also changed. All pleadings, notices, and documents should be provided to them as follows:

Daniel P. Struck
STRUCK LOVE ACEDO, PLC
3100 W. Ray Road, Suite 300
Chandler, Arizona 85226
Telephone: (480) 420-1600
Fax: (480) 420-1695
Email: dstruck@strucklove.com

Dated: May 9, 2025

*/s/ Daniel P. Struck*
Daniel P. Struck, AZ Bar No. 012377
STRUCK LOVE ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, AZ 85226
Tel.: (480) 420-1600
Fax: (480) 420-1696
dstruck@strucklove.com

Deborah D. Wells
Debra J. Moulton
KENNEDY, MOULTON & WELLS, P.C.
2201 San Pedro NE, Bldg. 3, Suite 200
Albuquerque, New Mexico 87110
Tel.: (505) 884-7887
Fax: (505) 884-7123
ddwells@kmwpc.com
dmoulton@kmwpc.com

*Attorneys for Defendants CoreCivic, Inc, CoreCivic, LLC, CoreCivic of Tennessee, LLC, Jacob Lee, and Struck Love Bojanowski & Acedo, PLC*

**CERTIFICATE OF SERVICE**

  I hereby certify that on May 9, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Laura Schauer Ives
Adam C. Flores
Alyssa Quijano
Henry A Jones
Andrew Pavlides
IVES & FLORES, PA
925 Luna Cir. NW
Albuquerque, NM 87102
laura@nmcivilrights.com
adam@nmcivilrights.com
alyssa.q@nmcivilrights.com
henry@nmcivilrights.com
andrew@nmcivilrights.com

*Attorneys for Plaintiffs*

                     /s/ Kim Penny