| | |
|---|---|
| **From:** | Charlotte Kacprowicz |
| **To:** | Henry A Jones; Alyssa Quijano; adam@nmcivilrights.com; laura@nmcivilrights.com; dstruck@strucklove.com; ddwells@kmwpc.com; dmoulton@kmwpc.com |
| **Subject:** | RE: Telephonic discovery conference request - Youngers et al. v. CoreCivic et al., 1:25-cv-00012 |
| **Date:** | Tuesday, May 20, 2025 4:43:40 PM |

Counsel,

Upon further review, the Court notes that it has not authorized discovery in this case. On February 5, 2025, the Court entered an Order Finding Good Cause to Delay Scheduling Order (Doc. 12) pending a ruling on the Motion to Remand (Doc. 10). If Judge Davenport denies the Motion to Remand, the Court will enter an initial scheduling order and set a scheduling conference to discuss and establish discovery parameters. Until such parameters are set by the Court, and in the interest of judicial economy, Judge Robbenhaar is not inclined to address informal discovery disputes, or consider discovery-related motions.

Best wishes,
Charlotte Kacprowicz
Term Law Clerk to Magistrate Judge John F. Robbenhaar

**From:** Henry A Jones <henry@nmcivilrights.com>
**Sent:** Tuesday, May 20, 2025 3:02 PM
**To:** NMDml_Magistrate Judge Robbenhaar's Chambers <RobbenhaarChambers@nmd.uscourts.gov>; NMDdb_Proposed Text Robbenhaar <robbenhaarproposedtext@nmd.uscourts.gov>
**Cc:** alexandra@nmcivilrights.com; sophia@nmcivilrights.com; 'Dan Struck' <DStruck@strucklove.com>; 'Adam Flores' <adam@nmcivilrights.com>; 'Laura Shauer Ives' <laura@nmcivilrights.com>; 'Jasmine Williams Team' <JasmineWilliamsTeam@strucklove.com>; 'Kim Penny' <kpenny@strucklove.com>; 'Kristina Rood' <krood@strucklove.com>
**Subject:** Telephonic discovery conference request - Youngers et al. v. CoreCivic et al., 1:25-cv-00012

**CAUTION - EXTERNAL:**

Dear Judge Robbenhaar:

I am writing to request a telephonic status conference to discuss discovery disputes in *Youngers et al. v. CoreCivic, et al.*, 25-CV-00012. Could you provide dates within the next few weeks of your availability?

The parties have been unable to resolve several of Defendants CoreCivic's and Lee's objections to Plaintiffs' written discovery requests, including Defendants assertion of attorney-client privilege in response to interrogatories about a spoliation letter, and Defendants' objections that certain requests about facility staff are overly broad and unduly

**EXHIBIT 1**

burdensome.

Sincerely,

Henry A. Jones
Ives & Flores, P.A.
925 Luna Circle NW
Albuquerque, NM 87102
505 364 3858

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**EXHIBIT 1**