## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

**JOLEEN YOUNGERS, as personal**
**representative of the ESTATE OF**
**JASMINE WILLIAMS; TONYA**
**PETRIDES; and TONYA PETRIDES as**
**next friend of M.R.,**

     **Plaintiffs,**

**vs.**                                                                                         **1:25-cv-00012-SMD-JFR**

**CORECIVIC, INC.; CORECIVIC, LLC; CORECIVIC**
**OF TENNESSEE, LLC; NATALIE GRINE, in her**
**individual and official capacity as Cibola County's**
**records custodian; ANNA MARIE LOPEZ, in her**
**individual and official capacity as Cibola County Sheriff's**
**Office's records custodian; JACOB LEE, in his individual**
**and official capacity as records custodian of the Cibola**
**County, Cibola County Correctional Center, CoreCivic**
**LLC, CoreCivic of Tennessee, LLC, CoreCivic, Inc.; and**
**STRUCK LOVE BOJANOWSKI & ACEDO PLC,**

     **Defendants.**

### ORDER

THIS MATTER comes before the Court on Plaintiffs' Fourth Unopposed Motion for Order Extending D.N.M. LR-Civ. 26.6 Deadline, filed May 27, 2025 (Doc. 28). Having considered the motion and noting that it is unopposed, the Court finds good cause to grant the motion.

**IT IS THEREFORE ORDERED** that Plaintiffs' D.N.M. LR-Civ. 26.6 deadline regarding objections served on February 14, 2025, is extended to thirty (30) days after the Court holds a scheduling conference.

_____
JOHN F. ROBBENHAAR
United States Magistrate Judge

Submitted by:

**IVES & FLORES, PA**
*/s/ Henry A, Jones*
Henry A. Jones
Laura Schauer Ives
Adam C. Flores
Alyssa Quijano
925 Luna Cir. NW
Albuquerque, NM  87102
(505) 364-3858
henry@nmcivilrights.com
laura@nmcivilrights.com
adam@nmcivilrights.com
alyssa.q@nmcivilrights.com
*Attorneys for Plaintiffs*

Approved by:

**STRUCK LOVE & ACEDO, PLC**
*Approved by email on 5/23/25*
Daniel P. Struck
3100 West Ray Road, Suite 300
Chandler, AZ 85226
*Attorneys for Defendants CoreCivic, Inc,*
*CoreCivic, LLC, CoreCivic of Tennessee, LLC,*
*Struck Love Bojanowski & Acedo, PLC, Jacob*
*Lee, and Natalie Grine*

**NEW MEXICO ASSOCIATION OF COUNTIES**
*Approved by email on 5/27/25*
Brandon Huss
David Roman
Bree Barnett
601 Rio Grande Blvd. NW
Albuquerque, NM 87104
bhuss@nmcounties.org
bbarnett@nmcounties.org
droman@nmcounties.org
*Attorneys for Defendant Anna Marie Lopez*